October 19, 2020

Dear Clerk of Court:

    Enclosed you will find a motion for appointment of counsel in connection with the referenced case number. Please file accordingly.

    Because I am currently incarcerated, I do not have access to electronic filing, and due to the COVID-19 prison "lock-down" situation, I do not have access to a copy machine, therefore, a copy of this motion was not sent to the United States Attorney's Office. If it is necessary to furnish the U.S. Attorney with a copy, please do so on my behalf.

    Thank you for your help with this matter.

*[signature]*

David Girard