David Girard 83309-380
P.O. Box 2000 FCI Fort Dix
Joint Base MDL, NJ 08640

** Legal Mail **

FEDERAL CORRECTIONAL INSTITUTION
FORT DIX, NEW JERSEY

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.

TRENTON NJ 085
28 OCT 2020 PM 4 L

U.S. Courthouse
655 East Cesar E. Chavez Blvd
San Antonio TX 78206

Mail to This Address

RECEIVED
NOV - 9 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK